UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | |
| (1) JUSTIN SURIEL, a/k/a "Chachi," <br> (2) NATHANIEL INFANTE, a/k/a "Natti," <br> (3) JONATHAN CRUZ, a/k/a "Trippy," <br> (4) FELIX RODRIGUEZ, <br> (5) STEVEN RIOS, a/k/a "Doofy," <br> (6) CIRIO JUNIOR DOLORES-ACEVEDO, a/k/a "D.H.C.," a/k/a "Domi," <br> (7) CELINO GUZMAN CABREJA, <br> (8) ANTHONY MARTINEZ, <br> (9) CHRISTOPHER RILEY, <br> (10) ELIJAH DECLET, a/k/a "Evil," and <br> (11) EMMANUEL LYS, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Criminal No. 21-cr-10204-GAO(s) |
| Defendants | ) | |

## GOVERNMENT'S MOTION TO UNSEAL SUPERSEDING INDICTMENT

The United States Attorney hereby respectfully moves the Court to unseal the superseding indictment in this case. As grounds for this motion, the government states that arrest and search warrants related to this case have been executed, a majority of defendants are now in custody, and there is no longer a reason to keep the document secret.

2

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-captioned matter.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ *Philip C. Cheng*
Philip C. Cheng
Assistant U.S. Attorney

Date: November 10, 2021

ALLOWED:

_____
HON. MARIANNE B. BOWLER
U.S. Magistrate Judge