## AFFIDAVIT OF SPECIAL AGENT DUSTIN POULIN

I, Dustin Poulin, being duly sworn, depose and state as follows:

### I.      INTRODUCTION

1.      I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since June 2015, and I am currently assigned to FBI's Boston Field Office, specifically the North Shore Gang Task Force ("NSGTF") focusing on the Merrimack Valley region of Massachusetts.  As a special agent with the FBI, my duties include the investigation of organized street gangs and violations of law relating to drug trafficking crimes and violent offenses.

2.      I submit this affidavit in support of the government's motion that the following individuals be detained pending trial or in support of the government's request for conditions of pretrial release for:

     a.  JUSTIN SURIEL, a/k/a "Chachi,"
     b.  NATHANIEL INFANTE, a/k/a "Natti,"
     c.  JONATHAN CRUZ, a/k/a "Trippy,"
     d.  FELIX RODRIGUEZ,
     e.  STEVEN RIOS, a/k/a "Doofy,"
     f.  CIRIO JUNIOR DOLORES-ACEVEDO, a/k/a "D.H.C.," a/k/a "Domi,"
     g.  CELINO GUZMAN CABREJA,
     h.  ANTHONY MARTINEZ,
     i.  CHRISTOPHER RILEY,
     j.  ELIJAH DECLET, a/k/a "Evil," and
     k.  EMMANUEL LYS

### II.      BACKGROUND OF INVESTIGATION

3.      Between August 2020 and November 2021, investigators of the NSGTF with the assistance of  the Massachusetts State Police North Shore Gang Unit ("MSP Gang Unit") have been investigating the criminal activities of the Gangster Disciple ("GD") street gang operating in the Greater Lawrence, Massachusetts area.

4.      The GDs are a national street gang, which has been in existence since its creation on the south-side of Chicago in the 1960s and is engaged in various criminal activities in Massachusetts and New England.  Members and leaders of the GDs have exhibited group cohesion over time, pool and share their resources such as drugs and firearms, and have a defined set of goals including defending the security of gang members and to make money for the gang primarily from illegal activities. The members and associates of the GDs have been identified as such in several different ways including: 1) self-identification during jail and prison classification processes whereby inmates are asked to identify whether they belong to any gang so that they can be housed in a location where they will be free from the threat of violence from fellow inmates of a rival gang; 2) confidential sources of information including cooperating witnesses ("CWs") and confidential informants ("CIs"), who have personal connections to GD members and/or membership within the GDs; and 3) through social media postings in which gang members are wearing blue and black; the gang colors of the GDs, "flashing" GD hand signs in the shape of a upward facing pitchfork – the national salute of the GDs, displaying GD tattoos such as the six point star, or the "triangle warrior pitchfork," which represents the tenets of the GDs: mind, body, soul, money, mack, and murder.

5.      Based upon the investigation to date, investigators have identified that members and associates of GDs are involved in drug trafficking and violent offenses. The investigation of GDs has arisen out of an increase in the criminal activities of gang members within the Lawrence, Haverhill, Methuen areas of Massachusetts.[1]   The Lawrence, Haverhill, and Methuen police

---

[1] https://www.eagletribune.com/news/haverhill/no-bail-for-lawrence-brothers/article_06a80130-9eea-58c3-ad1d-d038708c93f1.html (December 2019) (GD members shooting at rival gang members).

departments have made great strides in solving cases and addressing the increase in violence, to include reaching out to community partners as well as other law enforcement agencies.

6.      GD membership within the Merrimack Valley of Massachusetts consists mainly of young men from Lawrence, Haverhill, and Methuen. Based on intercepted communications during this investigation, investigators believe that SURIEL is a GD leader in Lawrence and Methuen and that DECLET is a GD leader in Haverhill. Although local chapters of the GDs identify themselves by their geographic location, members have allegiance to the nationally recognized GDs and come under state-wide leadership. Based on intercepted communications, investigators believe that RILEY is the leader of the GDs in Massachusetts, also known as the "Governor."

### III.    DRUG CONSPIRACY

7.      All defendants are charged in a large multi-object drug conspiracy. SURIEL sits at the hub of this conspiracy and is responsible for conspiring to distribute cocaine, fentanyl, and Suboxone from Lawrence, Massachusetts into parts of Massachusetts, southern New Hampshire, and Maine.

8.      Throughout the investigation, agents have seized or conducted controlled purchases of fentanyl, cocaine, Suboxone, and methamphetamine pills. INFANTE, CRUZ, RODRIGUEZ, and RIOS were identified through intercepted communications and physical surveillance as GD members who worked at the direction of SURIEL to distribute narcotics. INFANTE, CRUZ, and

---

https://www.eagletribune.com/news/merrimack_valley/lawrence-police-arrest-3-teens-with-firearms/article_aa2ce7d4-3165-531d-88f9-d9f5ad0557c1.html (August 2019) GD members carrying firearms through an area frequented by a rival gang).

https://www.eagletribune.com/news/merrimack_valley/police-3-charged-with-trafficking-guns-to-gang-members/article_065493ae-c6d1-5b04-9d8c-694eeb2d823f.html (August 2018) (Individuals trafficking firearms to GD members).

RODRIGUEZ each sold narcotics to an undercover officer, who had ordered drugs from SURIEL. On May 24, 2021, as part of this investigation, agents executed a search warrant at SURIEL's residence. Prior to entry, SURIEL threw drugs and a firearm out of his window. SURIEL was arrested and at the time was charged with being a felon in possession of a firearm and ammunition.

9.      Beginning in October 2020, agents began a court-authorized wiretap investigation into telephones held by a number of the defendants, including SURIEL, DOLORES-ACEVEDO, RILEY, and DECLET. Intercepted communications from these telephones provided significant evidence of the GD's drug conspiracy and also uncovered a plot between SURIEL and RIOS to kidnap an intended victim from Maine. Excerpts and summaries quoted herein are from preliminary transcripts of intercepted communications.

### DOLORES-ACEVEDO supplied cocaine to SURIEL and other GD members

10.      Intercepted calls demonstrated that SURIEL obtained cocaine from DOLORES-ACEVEDO on a regular basis. On October 30, 2020, in an intercepted call between SURIEL and DOLORES-ACEVEDO, SURIEL explained that he could provide protection for DOLORES-ACEVEDO's drug business.

> SURIEL: You know what he's saying Domi? Because if he tells you, "Bring me 10 ounces." And you bring it and they'll jump you and attack you. Boom! They got all your stuff, Domi. And then you are going to be pissed. And you are going to want your stuff back. You are going to call me.
>
> DOLORES-ACEVEDO: Yeah, of course.
>
> SURIEL: He is claiming that you burned him. So, now, in his head, he gave you money and you screwed him. You know how the kids are with the friends.
>
> DOLORES-ACEVEDO: He does not know anything, no.
>
> SURIEL: Then his friends will call and Boom! Boom! Boom! And then you are going to look at me and [Individual 1] because I know how it is. You are going to look at me and [Individual 1] and say, "Damn! Look." And then all the money. You know the block. You know who. Me, [Individual 2], and [Individual 1] are the ones that you can, you know, call.

4

DOLORES-ACEVEDO: I am going to be clear with him and I am going to tell him, "No. I can't [unintelligible] sold.

SURIEL: For you. To protect you because I know you have your wife and your daughter.

DOLORES-ACEVEDO: What you are saying is right.

SURIEL: **You also know that if someone is bothering you. Domi. Call me! You pay me and I'll shoot bullets. I have the A. You know what's up. I'm not going to talk much about it, but, you know.**

DOLORES-ACEVEDO: Yeah, I know your stuff.

SURIEL: You call me. You know how it is. I am active with the guys from the block. You know. – You are the big fish and you can't be involved in any problems, you know?

DOLORES-ACEVEDO: Yeah. What he wants is to play you too. I know what you are saying. I'm going to tell him, "Talk to Chachi (SURIEL) and because I am doing business with him. Talk to him."

11.     The government alleges that DOLORES-ACEVEDO obtained cocaine from MARTINEZ. On February 25, 2021, DOLORES-ACEVEDO and MARTINEZ were arrested together after MARTINEZ delivered nearly a half-kilogram of cocaine to DOLORES-ACEVEDO outside DOLORES-ACEVEDO's residence in Andover. Following his arrest, DOLORES-ACEVEDO moved to Miami, Florida.

12.     DOLORES-ACEVEDO also worked with GUZMAN, who delivered drugs at the direction of DOLORES-ACEVEDO. DOLORES-ACEVEDO also taught GUZMAN about the drug business. On February 12, 2021, DOLORES-ACEVEDO and GUZMAN were intercepted discussing drug prices and potency.

GUZMAN: And how much will it be, a whole one for me?

DOLORES-ACEVEDO: What you mean?

GUZMAN: A whole ounce.

DOLORES-ACEVEDO: A whole ounce? 1,500… because the more you buy, the more you get.

GUZMAN: At 53?… Uh…

DOLORES-ACEVEDO: But that's not how it's calculated.  You do the math like that when you are buying a whole thing, a kilo, something like that… That's when you calculate like that, because for the person who is buying a small thing like that, then no one will calculate that for you that way… Did you understand me?

GUZMAN: But that's very expensive at 1,500.

DOLORES-ACEVEDO:  You can ask somewhere else and you will see how much they ask… At least 2,000, 1900, and 1800, as a minimum.

GUZMAN: Alright. I am going to call you back.

DOLORES-ACEVEDO: Listen to what I am telling you. Don't go by those people. Listen, don't go by those people because those people just want… **Look, you can give them, you can test them, you can give them something original and they will tell you that it's not good because what they want is to get stronger and stronger stuff… They would like that to kill them. That says it all.** That's how people are. People want you to give them a thing that… That you know…

GUZMAN: Right. Let me see what I am going to do. I'll call you back.

13.    DECLET was also a GD member who obtained cocaine from DOLORES-ACEVEDO. DECLET ordered unadulterated cocaine from DOLORES-ACEVEDO. On November 29, 2020, DECLET and DOLORES-ACEVEDO were intercepted discussing the quality of cocaine.

DOLORES-ACEVEDO: Talk to me.

DECLET: Yo Domi, what's up? I'm here in Lawrence. You don't have normal material that I can put into powder — a little more money like that — I'm looking for something better.

DOLORES-ACEVEDO: In what [unintelligible]?

DECLET: No, I need something— you know— really cool.

DOLORES-ACEVEDO: Yes, but— but what is better?

DECLET: Like more original. Like before. When you always [unintelligible] before.

DOLORES-ACEVEDO: You want something original, eh?

6

DECLET: I need something original— original— original because I am going to— I am going to lose clients if it's not.

DOLORES-ACEVEDO: Oh, yeah, yeah. A little more original.

DECLET: Sounds good and all of that in like ten minutes. I'm here in Lawrence. Do you want to come here or should I go there?

DOLORES-ACEVEDO: Eh, give me a moment.

DECLET: Sounds good.

14.     DECLET was also identified as a supplier of counterfeit Adderall pills that actually contain methamphetamine. These pills appear to be Adderall, but when tested by the Drug Enforcement Administration's laboratory, were found to contain methamphetamine. DECLET sold methamphetamine pills and cocaine to an FBI cooperating witness on several occasions. He is charged with distributing cocaine and methamphetamine pills on August 20, 2021 and August 30, 2021, respectively.

15.     Through this wiretap investigation, investigators also learned that SURIEL supplied RILEY with cocaine, which was obtained from DOLORES-ACEVEDO. For example, when RILEY ordered cocaine from SURIEL, SURIEL placed an order to DOLORES-ACEVEDO. On several occasions during this investigation, agents surveilled RILEY delivering cocaine to a customer in Maine. On September 1, 2021, agents stopped RILEY before he could make the delivery and seized approximately one ounce of cocaine from him in Maine.

SURIEL and RIOS conspired to smuggle Suboxone into the Essex County Jail

16.     Further, intercepted calls showed that SURIEL and RIOS engaged in a conspiracy to smuggle Suboxone into the Essex County Jail. On December 4, 2020, RIOS learned that he would be arrested and would be detained at the Essex County Jail. RIOS called SURIEL in an intercepted call.

RIOS: Yo I need Suboxones bro. I need Suboxone bro, ASAP bro. I don't need [unintelligible] I'mma do 90 days bro. I need Subox. I need the sobos bro ASAP.

SURIEL: What? Wait. what do you mean you're doing 90? What's going on?

RIOS: I'mma do 90 days bro. I'm out right now on a $3,000 bail for a distribution bro. [Parties spoke about RIOS's potential bail revocation]. Do you know anybody with sobos right now?

SURIEL: Yeah. I got sobos. I got a couple right now. Come through, I got like [unintelligible]. Come pick it up n****.

RIOS called SURIEL again on December 5, 2020 before he had to report to the Lawrence

District Court for a potential bail revocation.

RIOS: [Discussion about pawning jewelry to pay his lawyer]. I need some sobos bro 'cause my lawyer told me straight up, he's like, "I don't know what lawyer can keep you out on Monday (December 7, 2020) 'cause you caught the same charge that you are out on bail now and they are going to give you 90 days for that. And that's it."

SURIEL: I told you that. I told you to come and get the sobos you idiot. I already told you. Get it clear in your head.

RIOS: [unintelligible] I am going to go outside for me, right.

SURIEL: I am not walking 500 you heard? You can keep the whole 3 bands n**** 'cause you, you feel me? 'Cause I am going to do you that favor. You know what's up. But you just go in there and break our bros n**** and you can send me that whole 3,000. I am only going to keep a rack bro and I will give two bands straight.

[Parties discussed how may Suboxone strips SURIEL could provide.]

RIOS: So do you think that you can get me at least 50? I need at least 50.

SURIEL: Yeah of course you need at least 50. N**** what do you think it is n****. N**** you don't hear the math I am doing? 10 bands. You can sell four for Chachi. N**** take six for you. You know you gotta give guys, let's say, two bands who you are breaking bread with the guys. Me and you splitting like 10 bands my G, you feel me?

[SURIEL continued about jail life and not "wasting" 3 months in jail.]

RIOS: Yeah, alright Chachi, let's get these sobos my n****.

17.     On December 8, 2020, RIOS was booked into the Middleton Jail. A body scan showed a foreign object in his abdomen and RIOS was placed into a dry cell for the object to pass. Several days later, after the object had not passed, RIOS was taken to the hospital where he admitted that he swallowed Suboxone strips and that they were poorly packaged in a glad sandwich bag and latex glove. Following *Miranda* warnings, RIOS described that he was planning to sell Suboxone for $200 per strip in the jail, and that 50 strips would net him $10,000. On December 18, 2020, a sheriff retrieved the object that RIOS passed, which was consistent with a package of 120-140 Suboxone strips.

<u>RILEY distributed drugs from Massachusetts into Maine</u>

18.     On February 10, 2021, RILEY called DECLET about establishing a drug business in Maine. This call was intercepted over RILEY's telephone.

> DECLET: I'm about to head up to Maine real quick; scoop something for [Individual 3] and then I'm going to meet up with him.
>
> RILEY: That's crazy 'cause I'm out here right now.
>
> DECLET: Oh Yeah? What you doing out there?
>
> RILEY: Just had to come out here to grab some chickens (slang, meaning money) and stuff.
>
> DECLET: I guess n****s out here on the same type of adventures today.
>
> RILEY: You already know it, about to stop in Auburn real quick and see what's up with one of the guys out there so I can see if I can set me up a little trap about that b**** too.
>
> DECLET: I'm trying to tell you bro, with this week, we got to get together like [Individual 3] said, we'll go out to eat and really chop it up so we can put something in motion. No bullsh**, we don't even got to do none of the foot work out there 'cause we got all the White folk. They can handle that sh** for us. We just got to sit back and collect. You know what I'm saying?
>
> RILEY: Yeah, but I don't know none of them n****s.
>
> DECLET: Yeah, but bro these n****s is my pups bro, you feel me? You don't even got to meet the n****s, you feel me? You could set it up so that n****s just collect them chickens

bro. These n****s is [unintelligible] but I wouldn't even put your face card out there.

[DECLET discussed some GD members he knew in Maine.]

DECLET: No funny sh** bro, we could get rich out there.

RILEY: I know, I did it before I went to the feds (RILEY has a prior federal conviction for unlawful gun possession).

DECLET: That's what I'm trying to say. But the only problem with me is though, I got to be able to stay up there for like a good week. I really haven't had it in me to really stay out there 'cause, you know, that sh** gets boring. You got to stay in the crib. I ain't trying to do all that right now. But we got to get out ASAP though boss.

RILEY: You trying to do that?

DECLET: Whenever you really free, you know what I'm saying? If you want to get up this weekend, me, you, [Individual 4], [Individual 3] go out to eat and say, hit up Chachi (SURIEL) too. 'Cause we could have a little quick talk whatever.

RILEY: I tax the f*** out them n****s. I be charging them n****s 2,500 for a rizzy (slang, meaning one ounce of cocaine).

DECLET: Damn. What city you at?

RILEY: Rockland.

DECLET: I don't know if this sh** is fresh or nothing, but one of my plugs talking about when n****s go to New York, he'll give me a whole thing for 30.

RILEY: I heard a couple n****s saying that sh** already. But Chachi say he could get it for that number. But I don't know if I believe it or not. Or it might be some trash. – I got a n**** in Houston who got the breezy (slang. meaning cocaine) you want for 34. So I know for a n**** to say he got us for 30 in New York, I know that sh** been f***ed up a couple times.

<u>LYS obtained drugs from SURIEL</u>

19.     LYS was identified as a drug customer and re-distributor obtaining fentanyl and cocaine from SURIEL. For example, on October 16, 2020, agents intercepted a call between LYS and SURIEL discussing LYS obtaining cocaine.

SURIEL: I am short like from a ball (slang, meaning an eight-ball or 3.5 grams of cocaine). I definitely have half a ball.

LYS: I got you. Whatever is clever my G.

SURIEL: I just wanted to let you know. I didn't want you to be like, "Yo, what the f*** Chachi."

LYS: So what exactly you got?

SURIEL: I got a whole ball and a half brother.[SURIEL continued to discuss LYS debt with SURIEL].

<u>Gangster Disciples use of violence</u>

20.     Intercepted communications have also demonstrated that the GDs are engaged in violence. For example, on October 13, 2020, SURIEL discussed enacting violence on someone (giving a "green light") with an unidentified caller ("UM").

SURIEL: If you see [Individual 5] too, we're f***ing him up. We tune him bro (meaning, beat him).

UM: My girl went to court to try and get the bail money and he skipped out on court. So, she can't get the money.

SURIEL: Yeah, well f*** him. We're gonna beat him up.

UM: We're gonna beat him up, yeah.

SURIEL: He took my [unintelligible] from me.

UM: He definitely got a warrant too. Get him on the streets or get him in jail. - He took the tooley (slang meaning, firearm) right?

SURIEL: Yeah, he took the tooley, bro. If you wanna set it up. You and your girl call the cops on him. Get a warrant. Boom. Now he's in jail. I could call the guys and f*** him up. He's been hiding. - Tell the guys. These GD from Tenney (meaning, Tenney Street in Methuen). They on his a** and they'll f*** him up. That's from me bro. He's green light you know. I'm Chachi, bro. You know what's up. He's f***ed up bro, and you tell all the brothers everything. We tried to help that n****.

21.     In another example, RILEY explained to DELCET that he needed to enact violence on a disc jockey on behalf of GD national leadership.

11

RILEY: So, one of the M's (meaning, GD Board Member, a national leader of the GDs)… well our M, our M for the state. He's doing business with; I think some DJ n**** out here or somebody that he's close to. The DJ n****, he said might be in his way, so if the n****'s in his way, I'm waiting. So he's going to FaceTime me in a little while. We going to pull up on that n**** and tell him [unintelligible]. Bro, like, 'I don't want to play games with you' and 'Do whatever the f*** he (meaning, the Board Member) tells you to do.'

DECLET: Oh nah, n****, you real. N****, you already know. You let me know, n****. I'm always ready. I love that sh**.

In subsequent call with [Individual 6], RILEY described that he intended to hang the disc jockey from a balcony.

RILEY: We got another thing we got to handle for one of the Board Members. One of these DJ n****s is playing games with his niece; won't let her out this f***ing contract. Don't know who folks is. Folks just got 40 years. He's like, 'I need you to go holler at that n****, get my niece out the [unintelligible].' Don't even worry about that n****. We about to hang him off the balcony.

[Individual 6]: What happened?

RILEY: One of the Board Members. He just got 40 years, know what I'm saying?

[Individual 6]: Yeah.

RILEY: And he got an entertainment company he wants to put his niece on. But the DJ n***** from out here, named DJ [redacted], he's f***ing lame. Got her locked in some type of situation and told folks… 'cause he knows folks just got 40 years… He's like, 'N**** kiss my a**, I ain't letting her out of sh**.' So I guess he told him, 'You must not know who I am.' So he called. I was like, don't even worry about that. We about to hang that n**** out the balcony. She's getting out of that contract.

JACKSON: Exactly right. As you should.

RILEY: That n**** [Board Member]. He looked out for me. That n**** plugged (meaning, well connected) for real. That n**** sent me like 50 P's on the cuff one time from jail.

22.    In a final example, DECLET bragged about breaking another individual's jaw to a fellow GD gang member.

DECLET: Yo, I f***king scored a touchdown on that b****, n****.

[GD Member]: Yeah? I heard this n*** -

DECLET: N****, I broke his jaw – N**** broke his jaw, everything, on dogs, big [unintelligible] broke his jaw, everything. Everything, everything, that n****'s broken. I think he's pissing blood.

[GD Member]: Where you catch this n**** at?

DECLET: N****, he was chilling with him at Pinebrook and gave me the drop, we slide through, rocked his top.

### IV.    KIDNAPPING CONSPIRACY

23.    On October 24, 2020, RIOS reported to the Lawrence Police that someone broke

into his house and stole one of his dogs. On October 25, 2020, RIOS called SURIEL and reported

that he knew who stole his dog.

RIOS: It was the White boy in Maine… My girl found all his sh** across the street. The n****s dropped their weed across the street. They left all their sweaters. They took all their clothes off across the street, like idiots. That n**** left his Maine sweater. It was him. No doubt about it. It was him.

SURIEL: Listen to me. You know what you're going to do? You're going to keep it cool like you didn't know it was him, you heard?

RIOS: Oh no, I know… He already hit me up. I already hit him back up. I'm like, 'Yo bro. I got robbed. I seen the video. I'm sick. I owe you money. I don't know what to do.

SURIEL: But listen, you know what you're going to do Doofy (RIOS)?

RIOS: I owe that n**** money too.

SURIEL: **Go bag the n****.** You gotta be like- tell him that you went to the bank. Tell him you need 20 pounds. And you are going to get that n****. Sit back and I'll pedal for you bro. I'll do it in 30, you know?

RIOS: They think it's other n****s. I told him that [Individual 7] robbed me.

SURIEL: Then what happened?

RIOS: Nothing. He's in Bangor, Maine. He told me, 'Call me.' He told me he's gonna come link up with me tomorrow. Yo, Chachi, **I think I'mma kill this n****.**

SURIEL: Nah. Nah. Let's just get him and be smooth. I don't want you… You'd get to the back, Doofy. You're up right now, bro. Don't let nothing… You can't go back to jail. You can't go none of that."

RIOS: I want my dog bag, Chachi. He got my dog. Who cares about the drugs? The n**** got my dog, bro.

SURIEL: I'm pissed. Call that n**** today. I'm pissed. What do you think we ain't gonna get that n**** back? On GD, bro. We gonna do this n**** dirty. Call that n**** for 30 pounds. Make it 20 pounds. Be like, 'Yo bro. You know I just got robbed. I went to the bank, right now. I need 10 P's.' You got me? You know on a White boy, he's gonna think it's a come-up. He thinks he already got you, and you don't know, right? He's gonna be like, "Let me go bring this n**** down ten." You feel me? **Then we grab him. Boom. Go get everything. You ain't leaving you b****-a** n****. Put that n**** in my basement and captive, you know? Until that n**** says everything. Now he's f***ed.** You feel me?

24.     On October 26, 2020, RIOS posted a "lost dog" flyer on Facebook and commented

that he spent $30,000 on his dogs to start a business, presumably a dog breeding business.

25.     On October 27, 2020, RIOS called SURIEL and formalized the plan to kidnap

Victim 1:

RIOS: He's coming. That n****'s coming today, you heard? 4:00-5:00. He's gonna be down here.

SURIEL: So, come to my crib.

RIOS: But hear me out. I already got the two of you. It's not a problem. We don't need to…

SURIEL interrupted: **Yeah, we're gonna grow. I'mma shove that sh** in his a**. I don't know what you plan on doing. I'mma have… I f*** when I bring [Individual 6]. But, we're f***ing this n**** in the a**. Only way we're gonna get the dog. We're gonna get the pounds, everything.**

RIOS: But hear me out though. We're gonna meet up behind [Individual 7's] crib. So, just meet me over there. They got 4:00 and you need to come to my house at 4:00.

SURIEL: Why don't you just scoop me up? Then I'll just be… You feel me? The n**** ain't gonna think you're trying to… He doesn't think nothing. He thinks it's zero.

RIOS: It's good bro. We're gonna be able to six, seven n***s. We're gonna land this n****. Trust me.

SURIEL: Who's gonna be there?

14

RIOS: It's me, [Individual 8]... It's gonna be [Individual 9], and I'mma get Haverhill folks to come down. Just don't give me a [unintelligible] because I'm too far and the other folks that I'll get be with all the cars. What's that n****'s name? Forgot his name. The taller n**** that always be with you.

SURIEL: [Individual 10].

RIOS: Yea, that n****, [Individual 10]. He's gonna be there and then... you called Natti (Infante)? Is Natti coming? This has... you and Natti come, that's it.

SURIEL: Nah. I'll just bring me. I'll just come with the Taser.

RIOS: I know. And bring Natti though.

SURIEL: Alright.

RIOS: Natti's gonna manhandle 'em. I'mma call Natti right now to come through. So just come to my hood. Come to my crib at 3:00.

26.     Immediately after finishing the call with RIOS, SURIEL called his mother to line

up babysitting for the kidnapping job:

SURIEL: Listen to me. They robbed, right? Doofy's crib got robbed three days ago. Remember, I told you I was in Lowell looking for his dog. They took his $15,000 dog. The girl. They took like 6,000, right? So he wants me, Natti, you feel me? He's gonna pay me, but, n****, you know I'm with the baby, you feel me? So he's gonna have that n**** that robbed him over there at 3:00, you know what I'm saying? He's gonna give me 2,000, you feel me Ma? You know I need that money right now.

MOTHER: For what? To get into trouble? For what?

SURIEL: No, I am not going to get into trouble.

MOTHER: Who robbed him?

SURIEL: You crazy mom? That had nothing to do with me. I'm just there to... Doofy lost his Soleil, you know what I'm saying? He just... What do you mean Ma? What the f***? That's my friend, Doofy, n****. Some White boy robbed that n**** for his dog Ma. Like 30,000, n****, the f***? I'm good. I got 10,000 for [unintelligible].

MOTHER: I'm not at the house right now. I am... I gotta go.

SURIEL: Not now Ma. At 3:00 I need to be at Doofy's house at 3:00. At 3:00. You feel me? That's all I'm saying to you. Cause you know what I'm saying? Grab the baby. Boom.

[call continued about a birthday party MOTHER had planned]

MOTHER: I don't know what the hell for because what are you going to do? Are you guys going to give it to the dude?

SURIEL: **No [unintelligible] stick a d\*\*k up that n\*\*\*\*'s ass. We're gonna traumatize him real quick and take like $30,000**. Crazy. That's all Doofy's savings and [unintelligible] was doing mad good, you could tell. We're going to sell dogs and everything, and that dog…

MOTHER: [unintelligible] know who it was?

SURIEL: N\*\*\*\*, cause the idiot left a sweater. So listen, the White boy's good friends with Doofy. We're f\*\*\*ing with the White boy. You know the whole sh\*\* with the candy and boom, boom, boom? That's the White boy that got us the plug in Cali for the… So we all making money boom, boom, right? [I believe SURIEL was describing that the "candy" marijuana came from Victim 1 who had a source in California.]

27.     Based on the preceding call, investigators saturated the area around SURIEL and RIOS's houses in an attempt to thwart the planned kidnapping. Between 2:30 p.m. and 4:00 p.m., investigators observed several unidentified males gather outside and walk in and out of RIOS's residence. Agents were able to identify RIOS coming in and out of the house.

28.     Through telephone toll analysis, investigators identified the telephone number for Victim 1. MSP requested and received an emergency ping for the Maine-based telephone number, believing it belonged to Victim 1.

29.     At 3:02 p.m., the Maine telephone showed it was in Portland, Maine. At 3:17 p.m., it was southbound in Saco, Maine. At 3:33 p.m., it was further south in York, Maine. At 4:03 p.m., the telephone was in Amesbury, Massachusetts. At 4:17 p.m., the telephone was in North Andover, Massachusetts near the Lawrence border. At that time, agents observed a vehicle bearing a Maine registration travelling on RIOS's street. Agents stopped the vehicle and identified Victim 1 and two other occupants in the car. Agents seized two pounds of marijuana from the vehicle and

16

informed Victim 1 that there was a threat to his safety before releasing all three from the scene. Based on the interception of Victim 1, I believe agents thwarted the planned kidnapping.

## V.   <u>CONCLUSION</u>

30.   As demonstrated by the extent of this drug conspiracy and the GD's readiness to engage in violence, each defendant poses a danger to the community and should be detained or released on strict conditions of release.

Signed under the pains and penalties on November 10, 2021.

DUSTIN POULIN
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION